IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CAUSE NO. 3:23-cv-345

| | |
|---|---|
| PATTI RENA SMARR Administrator of the Estate of BETTY JO DUNLAP MASON<br><br>PLAINTIFF<br><br>v.<br><br>PELICAN HEALTH AT CHARLOTTE, LLC ACCORDIUS HEALTH, LLC, THE PORTOPICCOLO GROUP, LLC, SIMCHA HYMAN AND NAFTALI ZANZIPER<br><br>DEFENDANTS | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants, by and through their undersigned counsel, hereby voluntarily stipulate to the dismissal WITH PREJUDICE of all claims asserted in this action, all parties to bear their own costs and attorneys' fees.

Respectfully submitted, this the 15th day of May, 2025.

/S/ CHARLES ALI EVERAGE
Charles Ali Everage
N.C. State Bar No. 28267
HUNTER / EVERAGE
5457 Monroe Road
Charlotte, NC 28212
Telephone: (704) 377-9157
Email: cae@hunter-everage.com
*Counsel for Plaintiff*

/S/ MICHAEL E. PHILLIPS
Mchael E. Phillips
Hagwood and Tipton PC
2015 Ayrsley Town Boulevard, Suite 202
Charlotte, NC 28273
Telephone: (704) 280-8562
Facsimile: (601) 362-3642
Email: mphillips@hatlawfirm.com
*Counsel for Defendants*